

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2020

No. 04-20-00092-CV

Mitchell **PATTERSON,**
Appellant

v.

Gloria A. **PATTERSON,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-10579
Honorable Laura Salinas, Judge Presiding

## O R D E R

On July 17, 2020, we ordered appellant to provide written proof that: (1) he had paid, or made arrangements to pay, the Bexar County District Clerk's Office the fee for preparing the clerk's record; or (2) appellant was entitled to appeal without paying for preparation of the clerk's record.

It has come to our attention that the Bexar County District Clerk filed the clerk's record on May 11, 2020. As a result of the ransomware attack the appellate courts of this state suffered on May 8, 2020, this filing was only recently processed. We therefore withdraw our July 17, 2020 order sua sponte.

At this time, the clerk's and reporter's record have been filed. We therefore **ORDER** appellant's brief **due by September 8, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2020.



MICHAEL A. CRUZ,
Clerk of Court